UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| PARS ICE CREAM CO. OF MARYLAND, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BERLINER SPECIAL EVENTS, INC. AND <br> BERLINER SPECIALTY DISTRIBUTORS, INC., <br><br> Defendants. | Case No.:   8:06-CV-1227 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Pars Ice Cream Co. of Maryland, Inc. and Defendants Berliner Special Events, Inc. and Berliner Specialty Distributors, Inc. hereby jointly stipulate and agree that this action be dismissed with prejudice with all parties to bear their own costs.

Dated:  August 24, 2006

ROSS, DIXON & BELL, LLP                    JOSEPH, GREENWALD & LAAKE, P.A.


By:  /s/                                           By:   /s/       signed by Paul C. Vitrano with
                                                                with permission of Veronica B. Nannis
John R. Gerstein                                   Timothy F. Maloney
Paul C. Vitrano                                    Veronica B. Nannis
2001 K Street, NW                                  Jason L. Levine
Washington, DC 20006-1040                          6404 Ivy Lane, Suite 400
(202) 662-2000                                     Greenbelt, MD 20770
(202) 662-2190 (fax)                               (301) 220-2200
*Counsel for Plaintiff*                            (301) 220-1214 (fax)
                                                   *Counsel for Defendants*

341980 v 1

**Copies to:**

Timothy F. Maloney
Veronica Byam Nannis
Joseph, Greenwald & Laake
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
(301) 220-2200 / voice
(301) 220-1214 / facsimile

Geoffrey T. Hervey, Esq.
Heather L. Kafetz, Esq.
Bregman, Berbert, Schwartz & Gilday, LLC
7315 Wisconsin Ave., Suite 800W
Bethesda, MD 20814
(301) 961-6525 / facsimile

John R. Gerstein, Esq.
Paul C. Vitrano, Esq.
Jonathan Cohen, Esq.
Ross, Dixon & Bell, LLP
2001 K Street, NW
Washington, DC  20006-1040
(202) 662-2190 / facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation of Dismissal with Prejudice was served via Electronic Case Filing, this 24th day of August, 2006, on:

> Timothy F. Maloney
> (tmaloney@jgllaw.com)
> Veronica Byam Nannis
> (vnannis@jgllaw.com)
> Jason L. Levine
> (jlevine@jgllaw.com)
> JOSEPH, GREENWALD & LAAKE, P.A.
> 6404 Ivy Lane, Suite 400
> Greenbelt, MD 20770
> Facsimile: (301) 220-1214
>
> Geoffrey Townsend Hervey
> (ghervey@bregmanlaw.com)
> Heather Libman Kafetz
> (hkafetz@bregmanlaw.com)
> Bregman, Berbert, Schwartz & Gilday, LLC
> 7315 Wisconsin Avenue, Suite 800W
> Bethesda, MD 20814
> Facsimile: (301) 961-6525

/s/ Paul C. Vitrano
Paul C. Vitrano

341980 v.1